IN THE UNITED STATES
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

DEC 19 2025 PM 4:00
FILED - USDC - NDTX - AM

| | | |
|---|---|---|
| ARMEN ALEX GRIGORYAN, | § | |
| Plaintiff, | § | |
| Vs. | § | 2-25CV-276-Z |
| (1) WHEELER COUNTY, a political subdivision of Texas | § § | CASE NO. |
| (2) TIM REEVES, in his official capacity, | § § | |
| (3) FRANKLIN MCDONOUGH, in his official capacity, | § § | |
| (4) DALE COLE | § | |
| (5) LEVI HAVENS, | § | |
| (6) TIMOTHY PYLE, | | |
| Defendants. | | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff files this Certificate of Interested Parties reflecting all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that he believes are financially interested in the outcome of this litigation as indicated by the current state of the pleadings. Such parties are:

Plaintiff, Armen Alex Grigoryan, Dennis R Boren LLP, Counsel for Plaintiff, Defendants, Wheeler County, a political subdivision of Texas, Sheriff Tim Reeves, in his official capacity, DA Franklin McDonough, in his official capacity, Deputy Timothy Pyle, in his official capacity, Deputy Dale Cole, in his official capacity, Deputy Levi Havens, in his official capacity, Texas Association of Counties Risk Management Pool.

Should other parties be added to this lawsuit who thereby become financially interested in the outcome of this litigation, Plaintiff will promptly file an amended certificate with the Clerk identifying such interested parties.

Respectfully Submitted,
DENNIS R BOREN LLC
By: s/Dennis R Boren
Texas Bar No. 02665500
4000 S. Georgia, Suite A
Amarillo, TX 79109
P: 806-206-8180
F: 806-214-5943