IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ARMEN ALEX GRIGORYAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:25-CV-276-Z-BR |
| | § | |
| WHEELER COUNTY, TEXAS, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING UNOPPOSED MOTION
TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO
DEFENDANTS' MOTION TO DISMISS**

Before the Court is Plaintiff's unopposed Motion to Extend Deadline for Plaintiff to Respond to Defendants' Motion to Dismiss, which was filed on March 23, 2026. (ECF 23). By that motion, Plaintiff moves the Court to extend Plaintiff's deadline to file a response to Defendants' Motion to Dismiss by 60 days. (ECF 17). Plaintiff's response to the Motion to Dismiss is currently due on March 24, 2026. (*See id.*).

Despite the fact that no reason was given to extend the deadline to respond to the Motion to Dismiss, the Court will allow a 30-day extension of the current deadline.

Having considered the motion, the Court GRANTS the motion. Plaintiff shall respond to Defendants' Motion to Dismiss on or before **April 23, 2026**.

IT IS SO ORDERED.

ENTERED March 24, 2026.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE