Dennis R. Boren
Attorney at Law
4000 S. Georgia, Suite A
Amarillo, TX 79101
(806) 206-8180
(806) 214-5943 FAX

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ARMEN ALEX GRIGORYAN | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CASE NO. 2:25-CV-276-Z |
| | § | |
| | § | |
| WHEELER COUNTY, et al. | § | |
| | § | |
| *Defendants.* | § | |

**FIRST AMENDED PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR
PLAINTIFF TO RESPOND TO DEFENANTS' MOTION TO DISMISS**

TO THE HONORABLE MATTHEW J. KACSMARYK, PRESIDING JUDGE:

COMES NOW ARMEN ALEX GRIGORYAN, Plaintiff, and files this Motion to Extend

Deadline for Plaintiff to Respond to Defendant's Motion to Dismiss seeking this Court's approval

of said motion and would respectfully show the Court as follows:

1. Plaintiff's deadline to respond to Defendant's said motion is March 24, 2026.

2. Plaintiff's counsel has discussed this motion with counsel for Defendants, Slater C.
Elza, who does not oppose this motion to extending the deadline 60 days, which is May
23, 2026.

3. Counsel for Defendants, who has a staff of associate attorneys in the law firm in which
he is employed, cited 47 cases for which must be read and analyzed. This will take
Plaintiff's counsel, who is a sole practitioner with one (1) non-attorney assistant, a full
60-day extension to competently respond.

4. Additionally, Plaintiff's counsel, has seven (7) FOIA request pending with Wheeler

County, Texas for the purpose of providing more specificity in Plaintiff's response to Defendants' Motion to Dismiss. Wheeler County has 10 business days to respond to these FOIA requests plus possibly an additional 15 business days, if Wheeler County refers these FOIA requests the assistance from the Office of Texas Attorney General (Tex. Gov't Code § 552.301(b)(e); Tex. Gov't Code § 553.302). Regarding the facts disclosed in the FOI response would give Plaintiff's counsel a few days to incorporate into Plaintiff's response to Defendants' Motion to Dismiss.

## Certificate of Conference

Counsel for Plaintiff, Dennis R. Boren, discussed this motion with counsel for Defendants, Slater Elza, who stated that he does not oppose this motion.

*/s/ Dennis R. Boren*
Dennis R. Boren

WHEREFORE PREMISES CONSIDERED, Debtors pray for an order Granting this First Amended Motion and extend Plaintiff's counsel deadline to May 23, 2026, to answer Defendants' Motion to Dismiss, as set forth herein and for such other and further relief to which Plaintiff may show himself entitled.

Dated: March 25, 2026

Respectfully submitted,

By: */s/ Dennis R. Boren*
Dennis R. Boren
State Bar No. 0266550
4000 S. Georgia, Suite A
Amarillo, TX 79109
(806) 206-8180
(806) 214-5943 FAX

ATTORNEY FOR PLAINTIFF

## Certificate of Service

I hereby certify that a true and correct copy of the above forgoing document was served on counsel of Defendants via the Court's Electronic Filing System on the 25th day of March 2026.


*/s/ Dennis R. Boren*
Dennis R. Boren